IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULBRIGHT & JAWORSKI, L.L.P.,<br>801 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br><br>Plaintiff,<br><br>v.<br><br>KERRY N. WEEMS,<br>Acting Administrator of Centers for<br>Medicare and Medicaid Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201,<br><br>Defendant. | Civil Action No. _____ |

## COMPLAINT

Plaintiff Fulbright & Jaworski, L.L.P. ("Fulbright") alleges as follows:

### Nature of the Action

1. This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and under the Administrative Procedure Act ("APA"), 5 U.S.C. § 500, et seq. Fulbright seeks disclosure of agency records designated in a FOIA request it submitted to the Centers for Medicare and Medicaid Services ("CMS") by letter dated June 12, 2007.

### Jurisdiction and Venue

2. This Court has jurisdiction pursuant to FOIA, 5 U.S.C. § 552(a)(4)(B), and 28 U.S.C. § 1331.

3. Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) and under 28 U.S.C. § 1391(e).

### The Parties

- 1 -

4. The Plaintiff, Fulbright, is a limited liability partnership organized under the laws of the State of Texas.

5. Defendant Kerry Weems is sued in an official capacity as acting administrator of CMS. CMS is an "agency" subject to the requirements of the FOIA, 5 U.S.C. § 552(f)(1), and the APA, 5 U.S.C. § 551(1).

### Fulbright's FOIA Request and CMS's Failure to Respond

6. The FOIA request which is the basis of this action ("Fulbright's FOIA request" or "the request") was submitted to the Freedom of Information Group of CMS by letter dated June 12, 2007.

7. Fulbright's FOIA request sought copies of the following agency records:

(a) All documents discussing, relating, or referring to the selection of mail order diabetic supplies as a product category for competitive bidding pursuant to 42 C.F.R. Part 414, Subpart F;

(b) All documents discussing, relating, or referring to conducting (or not conducting) notice and comment rulemaking for the designation of items for inclusion in the competitive bidding program pursuant to 42 C.F.R. Part 414, Subpart F, including all documents discussing, relating or referring to conducting (or not conducting) notice and comment rulemaking for the selection of mail order diabetic supplies as a product category for competitive bidding; and

(c) All documents discussing, relating, or referring to future reductions in reimbursement and/or fee schedules for diabetic supplies (both mail order and non-mail order) and other items or services included in competitively bid product categories.

8. Fulbright's FOIA request was submitted by letter dated June 12, 2007. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), CMS had twenty days in which to respond. According to CMS's administrative regulations, the agency should have responded within ten days. 42 C.F.R. § 401.136(b). To date, CMS has not responded.

9. Because CMS failed to comply with the established time limit, Fulbright is deemed to have exhausted its administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

### CMS is in Violation of FOIA and the APA

10. An agency may withhold records responsive to a FOIA request only if the agency can prove that the records fall within one of the nine narrow exceptions to mandatory disclosure outlined in the FOIA. Any reasonably segregable portion of a record must be provided, along with an indication of the amount of information withheld from the record. 5 U.S.C. § 552(b). The agency has the burden to demonstrate that any withholding of records was proper and in accordance with the enumerated exceptions. 5 U.S.C. § 552(a)(4)(B).

11. CMS has violated the FOIA by failing to respond to Fulbright's FOIA request and by improperly withholding agency records responsive to the request.

12. Furthermore, CMS has violated its administrative regulations promulgated pursuant to FOIA. See 42 C.F.R. § 401.101, et seq. (CMS regulations); 45 C.F.R. § 5.1, et seq. (Department of Health and Human Services regulations).

13. CMS has violated the APA by acting arbitrarily and capriciously in its failure to respond to Fulbright's FOIA request and by withholding of documents responsive to that request.

### Prayer for Relief

14. WHEREFORE, Fulbright respectfully requests that this Court:

(a) Declare that the actions of CMS are unlawful and in violation of applicable provisions of FOIA, the APA, and the agency's administrative regulations;

(b) Enjoin CMS from continuing to improperly withhold any and all agency records sought by Fulbright's FOIA request and order the agency to produce to Fulbright all records improperly withheld;

(c) Award Fulbright its reasonable attorneys' fees and other costs as authorized by 5 U.S.C. § 552(a)(4)(E); and

(d) Grant such other relief as the Court may deem just and appropriate.

Dated: April 14, 2008

Respectfully submitted,

*Frederick Robinson*
Frederick Robinson
D.C. Bar No. 367223
Caroline M. Mew
D.C. Bar No. 467354
Ashley E. Seuell
D.C. Bar No. 494170
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Counsel for Plaintiff

# CIVIL COVER SHEET

JS-44
(Rev.1/05 DC)

| I (a) PLAINTIFFS<br>FULBRIGHT & JAWORSKI, L.L.P.     //0c/ | DEFENDANTS<br>Kerry N. Weems |
|---|---|
| (b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF __11001__<br>(EXCEPT IN U.S. PLAINTIFF CASES) | COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT 11001<br>(IN U.S. PLAINTIFF CASES ONLY) |
| (c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)<br>Fulbright & Jaworski L.L.P.<br>801 Pennsylvania Avenue, NW<br>Washington, DC 20004 (202) 662-0200 | Case: 1:08-cv-00643<br>Assigned To : Huvelle, Ellen S.<br>Assign. Date : 4/14/2008<br>Description: FOIA/Privacy Act |

## II. BASIS OF JURISDICTION
(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government Plaintiff
☐ 3 Federal Question (U.S. Government Not a Party)
☒ 2 U.S. Government Defendant
☐ 4 Diversity (Indicate Citizenship of Parties in item III)

## III CITIZENSHIP OF PRINCIPAL PARTIES (PLACE AN x IN ONE BOX FOR PLAINTIFF AND ONE BOX FOR DEFENDANT) FOR DIVERSITY CASES ONLY!

|  | PTF | DFT |  | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT
(Place a X in one category, A-N, that best represents your cause of action and **one** in a corresponding Nature of Suit)

| ☐ A. *Antitrust* | ☐ B. *Personal Injury/Malpractice* | ☐ C. *Administrative Agency Review* | ☐ D. *Temporary Restraining Order/Preliminary Injunction* |
|---|---|---|---|
| ☐ 410 Antitrust | ☐ 310 Airplane<br>☐ 315 Airplane Product Liability<br>☐ 320 Assault, Libel & Slander<br>☐ 330 Federal Employers Liability<br>☐ 340 Marine<br>☐ 345 Marine Product Liability<br>☐ 350 Motor Vehicle<br>☐ 355 Motor Vehicle Product Liability<br>☐ 360 Other Personal Injury<br>☐ 362 Medical Malpractice<br>☐ 365 Product Liability<br>☐ 368 Asbestos Product Liability | ☐ 151 Medicare Act<br><br>Social Security:<br>☐ 861 HIA ((1395ff)<br>☐ 862 Black Lung (923)<br>☐ 863 DIWC/DIWW (405(g)<br>☐ 864 SSID Title XVI<br>☐ 865 RSI (405(g)<br><br>Other Statutes<br>☐ 891 Agricultural Acts<br>☐ 892 Economic Stabilization Act<br>☐ 893 Environmental Matters<br>☐ 894 Energy Allocation Act<br>☐ 890 Other Statutory Actions (If Administrative Agency is Involved) | Any nature of suit from any category may be selected for this category of case assignment.<br><br>*(If Antitrust, then A governs)* |

| ☐ E. *General Civil (Other)* OR ☐ F. *Pro Se General Civil* |
|---|

| Real Property | Bankruptcy | Forfeiture/Penalty |  |
|---|---|---|---|
| ☐ 210 Land Condemnation<br>☐ 220 Foreclosure<br>☐ 230 Rent, Lease & Ejectment<br>☐ 240 Torts to Land<br>☐ 245 Tort Product Liability<br>☐ 290 All Other Real Property<br><br>Personal Property<br>☐ 370 Other Fraud<br>☐ 371 Truth in Lending<br>☐ 380 Other Personal Property Damage<br>☐ 385 Property Damage Product Liability | ☐ 422 Appeal 28 USC 158<br>☐ 423 Withdrawal 28 USC 157<br><br>Prisoner Petitions<br>☐ 535 Death Penalty<br>☐ 540 Mandamus & Other<br>☐ 550 Civil Rights<br>☐ 555 Prison Condition<br><br>Property Rights<br>☐ 820 Copyrights<br>☐ 830 Patent<br>☐ 840 Trademark<br><br>Federal Tax Suits<br>☐ 870 Taxes (US plaintiff or defendant<br>☐ 871 IRS-Third Party 26 USC 7609 | ☐ 610 Agriculture<br>☐ 620 Other Food & Drug<br>☐ 625 Drug Related Seizure of Property 21 USC 881<br>☐ 630 Liquor Laws<br>☐ 640 RR & Truck<br>☐ 650 Airline Regs<br>☐ 660 Occupational Safety/Health<br>☐ 690 Other<br><br>Other Statutes<br>☐ 400 State Reapportionment<br>☐ 430 Banks & Banking<br>☐ 450 Commerce/ICC Rates/etc.<br>☐ 460 Deportation | ☐ 470 Racketeer Influenced & Corrupt Organizations<br>☐ 480 Consumer Credit<br>☐ 490 Cable/Satellite TV<br>☐ 810 Selective Service<br>☐ 850 Securities/Commodities/ Exchange<br>☐ 875 Customer Challenge 12 USC 3410<br>☐ 900 Appeal of fee determination under equal access to Justice<br>☐ 950 Constitutionality of State Statutes<br>☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act |

| ☐ G. *Habeas Corpus/ 2255*<br>☐ 530 Habeas Corpus-General<br>☐ 510 Motion/Vacate Sentence | ☐ H. *Employment Discrimination*<br>☐ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | ☒ I. *FOIA/PRIVACY ACT*<br>☒ 895 Freedom of Information Act<br>☐ 890 Other Statutory Actions (if Privacy Act)<br><br><br><br>*(If pro se, select this deck)* | ☐ J. *Student Loan*<br>☐ 152 Recovery of Defaulted Student Loans (excluding veterans) |
|---|---|---|---|
| ☐ K. *Labor/ERISA (non-employment)*<br>☐ 710 Fair Labor Standards Act<br>☐ 720 Labor/Mgmt. Relations<br>☐ 730 Labor/Mgmt. Reporting & Disclosure Act<br>☐ 740 Labor Railway Act<br>☐ 790 Other Labor Litigation<br>☐ 791 Empl. Ret. Inc. Security Act | ☐ L. *Other Civil Rights (non-employment)*<br>☐ 441 Voting (if not Voting Rights Act)<br>☐ 443 Housing/Accommodations<br>☐ 444 Welfare<br>☐ 440 Other Civil Rights<br>☐ 445 American w/Disabilities-Employment<br>☐ 446 Americans w/Disabilities-Other | ☐ M. *Contract*<br>☐ 110 Insurance<br>☐ 120 Marine<br>☐ 130 Miller Act<br>☐ 140 Negotiable Instrument<br>☐ 150 Recovery of Overpayment & Enforcement of Judgment<br>☐ 153 Recovery of Overpayment of Veteran's Benefits<br>☐ 160 Stockholder's Suits<br>☐ 190 Other Contracts<br>☐ 195 Contract Product Liability<br>☐ 196 Franchise | ☐ N. *Three-Judge Court*<br>☐ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**
☒ 1 Original Proceeding   ☐ 2 Removed from State Court   ☐ 3 Remanded from Appellate Court   ☐ 4 Reinstated or Reopened   ☐ 5 Transferred from another district (specify)   ☐ Multi district Litigation   ☐ 7 Appeal to District Judge from Mag. Judge

**VI. CAUSE OF ACTION** (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)
Claims for declaratory and injunctive relief and attorneys fees pursuant to 5 U.S.C. Section 552 and 5 U.S.C. Section 500, et seq.

**VII. REQUESTED IN COMPLAINT**   CHECK IF THIS IS A CLASS ACTION UNDER F.R.C.P. 23 ☐   **DEMAND $**   Check YES only if demanded in complaint   **JURY DEMAND:** ☐ YES ☒ NO

**VIII. RELATED CASE(S) IF ANY**   (See instruction)   ☐ YES ☒ NO   If yes, please complete related case form.

DATE 4/14/08   SIGNATURE OF ATTORNEY OF RECORD *[signature]*

**INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44**
Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.   COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.   CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.   CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.   CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.   RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.