IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULBRIGHT & JAWORSKI, L.L.P.,<br>    801 Pennsylvania Avenue, NW<br>    Washington, D.C. 20004<br><br>        Plaintiff,<br><br>    v.<br><br>KERRY N. WEEMS,<br>    Acting Administrator of Centers for<br>    Medicare and Medicaid Services<br>    200 Independence Avenue, SW<br>    Washington, D.C. 20201,<br><br>        Defendant. | Civil Action No. 1:08-cv-00643 |

## NOTICE OF RELATED CASE

Pursuant to Local Civil Rule 40.5(b), Fulbright & Jaworski, L.L.P. hereby provides notice that the instant case is related to Civil Action No. 1:07-cv-01298-RMU, currently pending before this Court. Attached is the Clerk's Office form for Notice of Designation of Related Civil Cases Pending.

- 1 -


- 2 -

Dated: April 17, 2008                              Respectfully submitted,

/s/ Frederick Robinson
Frederick Robinson
D.C. Bar No. 367223
Caroline M. Mew
D.C. Bar No. 467354
Ashley E. Seuell
D.C. Bar No. 494170
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Counsel for Plaintiff

## Certificate of Service

I hereby certify that on April 17, 2008, true and correct copies of the foregoing Notice of Related Case and the attached Clerk's Office form for Notice of Designation of Related Civil Cases Pending were be sent via certified mail to:

Kerry Weems,
Acting Administrator of Centers for
Medicare and Medicaid Services
c/o General Counsel's Office
200 Independence Avenue, SW
Washington, D.C. 20201

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, NW
Washington, D.C. 20530-0001

United States Attorney for the District of Columbia
Civil Process Clerk
555 4th Street, NW
Washington, D.C. 20530

> FULBRIGHT & JAWORSKI L.L.P.
> 801 Pennsylvania Avenue, N.W.
> Washington, D.C. 20004
> Telephone: (202) 662-0200
> Facsimile: (202) 662-4643
>
> By: /s/ Frederick Robinson
>     Frederick Robinson, D.C. Bar No. 367223

CLERK'S OFFICE                     CO-932
UNITED STATES DISTRICT COURT       Rev. 4/96
FOR THE DISTRICT OF COLUMBIA

NOTICE OF DESIGNATION OF RELATED CIVIL CASES PENDING
IN THIS OR ANY OTHER UNITED STATES COURT

Civil Action No. 1:08-cv-00643-ESH
(To be supplied by the Clerk)

NOTICE TO PARTIES:

Pursuant to Rule 405(b)(2), you are required to prepare and submit this form at the time of filing any civil action which is related to any pending cases or which involves the same parties and relates to the same subject matter of any dismissed related cases. This form must be prepared in sufficient quantity to provide one copy for the Clerk's records, one copy for the Judge to whom the cases is assigned and one copy for each defendant, so that you must prepare 3 copies for a one defendant case, 4 copies for a two defendant case, etc.

NOTICE TO DEFENDANT:

Rule 405(b)(2) of this Court requires that you serve upon the plaintiff and file with your first responsive pleading or motion any objection you have to the related case designation.

NOTICE TO ALL COUNSEL

Rule 405(b)(3) of this Court requires that as soon as an attorney for a party becomes aware of the existence of a related case or cases, such attorney shall immediately notify, in writing, the Judges on whose calendars the cases appear and shall serve such notice on counsel for all other parties.

_____

The plaintiff, defendant or counsel must complete the following:

1.  RELATIONSHIP OF NEW CASE TO PENDING RELATED CASE(S).

    A new case is deemed related to a case pending in this or another U.S. Court if the new case: [Check appropriate box(es) below.]

    [ ]   (a)   relates to common property

    [ ]   (b)   involves common issues of fact

    [X]   (c)   grows out of the same event or transaction

    [ ]   (d)   involves the validity or infringement of the same patent

    [ ]   (e)   is filed by the same pro se litigant

2.  RELATIONSHIP OF NEW CASE TO DISMISSED RELATED CASE(ES)

    A new case is deemed related to a case dismissed, with or without prejudice, in this or any other U.S. Court, if the new case involves the same parties and same subject matter.

    Check box if new case is related to a dismissed case: [ ]

3.  NAME THE UNITED STATES COURT IN WHICH THE RELATED CASE IS FILED (IF OTHER THAN THIS COURT):

    _____

4.  CAPTION AND CASE NUMBER OF RELATED CASE(E'S). IF MORE ROOM IS NEED PLEASE USE OTHER SIDE.
    Carolina Medical Sales, Inc., et al._____ v. Leavitt, et al._____ C.A.No.1:07-cv-01298-RMV

    4/16/08                          _____
    DATE                             Signature of Plaintiff/Defendant (or counsel)