CO 324
Rev. 5/97

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

FULBRIGHT AND JAWORSKI, ETC.  )
)
     Plaintiff  )
)
     v.  )   Civil Case Number 08-643(RMU)
)
KERRY N. WEEMS  )   Category   I
)
     Defendants  )

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on April 17, 2008 from Judge Ellen S. Huvelle to Judge Ricardo M. Urbina by direction of the Calendar Committee.

(Case is related to CA 07-1298 before Judge Urbina)

                                            JUDGE ELLEN S. HUVELLE
                                            Chair, Calendar and Case
                                            Management Committee

cc:   Judge Urbina & Courtroom Deputy
       Judge Huvelle & Courtroom Deputy
       Liaison, Calendar and Case Management Committee
       Civil Case Processing Clerk