UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULBRIGHT & JAWORSKI, L.L.P.<br>801 Pennsylvania Avenue, NW<br>Washington, D.C. 20004<br><br>            Plaintiff<br>    v.<br><br>KERRY N. WEEMS,<br>Acting Administrator of Centers for<br>Medicare and Medicaid Services<br>200 Independence Avenue, SW<br>Washington, D.C. 20201<br><br>            Defendant. | Civil Action No.: 08-0643 (ESH) |

**NOTICE OF APPEARANCE**

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Christian Natiello as counsel for Defendant in the above-captioned case.

Respectfully submitted,

____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on this 19th day of May, 2008, I caused the foregoing Praecipe to be served on Plaintiff's attorney, **Frederick Robinson**, via the court's Electronic Case Filing System (ECF).

_____/s/_____
CHRISTIAN NATIELLO, D.C. Bar #473960
Assistant U.S. Attorney
555 Fourth St., N.W.
Room E4112
Washington, D.C. 20530
(202) 307-0338
christian.natiello@usdoj.gov