UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

Fulbright & Jaworski, L.L.P.            )
                                        )
            Plaintiff,                  )
                                        )
       v.                               )   Civil Action No. 08-0643 (RMU)
                                        )
Kerry N. Weems, Acting Administrator    )
of Centers for Medicare and Medicaid    )
Services,                               )
                                        )
            Defendant.                  )

**MOTION TO ENLARGE TIME TO FILE ANSWER
OR OTHERWISE RESPOND TO THE COMPLAINT**

Defendant Kerry N. Weems, Acting Administrator of Centers for Medicare and Medicaid Services,[1] respectfully requests an additional thirty (30) days to file an answer or otherwise respond to the complaint in this Freedom of Information Act ("FOIA") case. This Office was served with the complaint on April 22, 2008, resulting in an original deadline of today, May 22, 2008. With this motion, Defendants request a new deadline of June 23, 2008, to file an answer or otherwise respond to the complaint.

The extension is requested because the case was assigned to undersigned counsel within the last week. Moreover, agency counsel is investigating the history of the case and is, as of

---

[1] Defendant suggests that Plaintiff name the correct party as a defendant because Kerry N. Weems is an improper defendant in this FOIA case. Only federal agencies are proper party defendants in FOIA litigation. See 5 U.S.C. 552(a)(4)(B) (granting district courts "jurisdiction to enjoin the agency from withholding agency records improperly withheld from complainant"); 5 U.S.C. 552(f)(1) (defining the term "agency"). Moreover, several decisions of this Court have held that the Court lacks subject matter jurisdiction to enforce the FOIA against individuals. Stone v. Federal Bureau of Investigation, 816 F. Supp. 782, 785 (D.D.C. 1993); Whittle v. Moschella, 756 F. Supp. 589, 596 (D.D.C. 1991); Sherwood Van Lines v. Dept. of Navy, 732 F. Supp. 240, 241 (D.D.C. 1990); Petrus v. Bowen, 833 F.2d 581, 582 (5th Cir. 1987) ("Neither the Freedom of Information Act nor the Privacy Act creates a cause of action for a suit against an individual employee of a federal agency."); Harrison v. Lappin, No. 04-0061, 2005 WL 752186, at *3 (D.D.C. Mar. 31, 2005) (same).

today, unable to accurately determine the history of the challenged FOIA request. Additional time will help agency counsel and undersigned counsel form a proper answer or response to the Complain.

Undersigned counsel apologizes for not adhering to Your Honor's four-day rule for the filing of enlargements. Undersigned counsel did not realize until today that this case had been reassigned to Your Honor from Judge Huvelle.

Undersigned counsel attempted to speak with opposing counsel about this motion, but was unable to speak with opposing counsel directly. In an exchange of voicemail messages, it was apparent that opposing counsel did not consent to this motion.

May 22, 2008

                              Respectfully submitted,

                              /s/
                            JEFFREY A. TAYLOR D.C. BAR # 498610
                            United States Attorney

                              /s/
                            RUDOLPH CONTRERAS, D.C. BAR #434122
                            Assistant United States Attorney

                              /s/
                            CHRISTIAN A. NATIELLO, D.C. BAR #473960
                            Assistant United States Attorney
                            555 Fourth St., N.W.
                            Washington, D.C. 20530
                            (202) 307-0338

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fulbright & Jaworski, L.L.P.,  ) | |
| )  | |
| Plaintiff,  ) | |
| )  | |
| v.  ) | Civil Action No. 08-0643 (RMU) |
| )  | |
| Kerry N. Weems, Acting Administrator  ) | |
| of Centers for Medicare and Medicaid  ) | |
| Services,  ) | |
| )  | |
| Defendant.  ) | |

**ORDER ON MOTION TO ENLARGE**

UPON CONSIDERATION of Defendant's Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint, and the entire record herein, it is hereby

ORDERED that the motion is GRANTED, and it is further

ORDERED that Defendant shall file an answer or otherwise respond to the complaint on or before June 23, 2008.

So ordered, this _____ day of _____ 2008.

Ricardo M. Urbina
United States District Judge