IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| FULBRIGHT & JAWORSKI, L.L.P.,<br>   801 Pennsylvania Avenue, NW<br>   Washington, D.C. 20004<br><br>       Plaintiff,<br><br>v.<br><br>CENTERS FOR MEDICARE AND<br>MEDICAID SERVICES,<br>   200 Independence Avenue, SW<br>   Washington, D.C. 20201,<br><br>       Defendant. | Civil Action No. 08-0643 (RMU) |

## AMENDED COMPLAINT

Pursuant to Rule 15 of the Federal Rules of Civil Procedure, Plaintiff Fulbright & Jaworski, L.L.P. ("Fulbright") amends the Complaint and alleges as follows:

### Nature of the Action

1.      This is an action brought pursuant to the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552, and under the Administrative Procedure Act ("APA"), 5 U.S.C. § 500, et seq. Fulbright seeks disclosure of agency records designated in a FOIA request it submitted to the Centers for Medicare and Medicaid Services ("CMS") by letter dated June 12, 2007.

### Jurisdiction and Venue

2.      This Court has jurisdiction pursuant to FOIA, 5 U.S.C. § 552(a)(4)(B), and 28 U.S.C. § 1331.

3.      Venue is proper in this District under 5 U.S.C. § 552(a)(4)(B) and under 28 U.S.C. § 1391(e).

## The Parties

4. The Plaintiff, Fulbright, is a limited liability partnership organized under the laws of the State of Texas.

5. Defendant CMS is an "agency" subject to the requirements of the FOIA, 5 U.S.C. § 552(f)(1), and the APA, 5 U.S.C. § 551(1).

## Fulbright's FOIA Request and CMS's Failure to Respond

6. The FOIA request which is the basis of this action ("Fulbright's FOIA request" or "the request") was submitted to the Freedom of Information Group of CMS by letter dated June 12, 2007.

7. Fulbright's FOIA request sought copies of the following agency records:

(a) All documents discussing, relating, or referring to the selection of mail order diabetic supplies as a product category for competitive bidding pursuant to 42 C.F.R. Part 414, Subpart F;

(b) All documents discussing, relating, or referring to conducting (or not conducting) notice and comment rulemaking for the designation of items for inclusion in the competitive bidding program pursuant to 42 C.F.R. Part 414, Subpart F, including all documents discussing, relating or referring to conducting (or not conducting) notice and comment rulemaking for the selection of mail order diabetic supplies as a product category for competitive bidding; and

(c) All documents discussing, relating, or referring to future reductions in reimbursement and/or fee schedules for diabetic supplies (both mail order and non-mail order) and other items or services included in competitively bid product categories.

8.  Fulbright's FOIA request was submitted by letter dated June 12, 2007. Pursuant to 5 U.S.C. § 552(a)(6)(A)(i), CMS had twenty days in which to respond. According to CMS's administrative regulations, the agency should have responded within ten days. 42 C.F.R. § 401.136(b). To date, CMS has not responded.

9.  Because CMS failed to comply with the established time limit, Fulbright is deemed to have exhausted its administrative remedies. 5 U.S.C. § 552(a)(6)(C)(i).

## CMS is in Violation of FOIA and the APA

10. An agency may withhold records responsive to a FOIA request only if the agency can prove that the records fall within one of the nine narrow exceptions to mandatory disclosure outlined in the FOIA. Any reasonably segregable portion of a record must be provided, along with an indication of the amount of information withheld from the record. 5 U.S.C. § 552(b). The agency has the burden to demonstrate that any withholding of records was proper and in accordance with the enumerated exceptions. 5 U.S.C. § 552(a)(4)(B).

11. CMS has violated the FOIA by failing to respond to Fulbright's FOIA request and by improperly withholding agency records responsive to the request.

12. Furthermore, CMS has violated its administrative regulations promulgated pursuant to FOIA. See 42 C.F.R. § 401.101, et seq. (CMS regulations); 45 C.F.R. § 5.1, et seq. (Department of Health and Human Services regulations).

13. CMS has violated the APA by acting arbitrarily and capriciously in its failure to respond to Fulbright's FOIA request and by withholding of documents responsive to that request.

## Prayer for Relief

14. WHEREFORE, Fulbright respectfully requests that this Court:

(a)     Declare that the actions of CMS are unlawful and in violation of applicable provisions of FOIA, the APA, and the agency's administrative regulations;

(b)     Enjoin CMS from continuing to improperly withhold any and all agency records sought by Fulbright's FOIA request and order the agency to produce to Fulbright all records improperly withheld;

(c)     Award Fulbright its reasonable attorneys' fees and other costs as authorized by 5 U.S.C. § 552(a)(4)(E); and

(d)     Grant such other relief as the Court may deem just and appropriate.

Dated: May 29, 2008                                   Respectfully submitted,


/s/ Frederick Robinson
Frederick Robinson
D.C. Bar No. 367223
Caroline M. Mew
D.C. Bar No. 467354
Ashley E. Seuell
D.C. Bar No. 494170
FULBRIGHT & JAWORSKI L.L.P.
801 Pennsylvania Avenue, NW
Washington, D.C. 20004
Telephone: (202) 662-0200
Facsimile: (202) 662-4643

Counsel for Plaintiff

<u>Certificate of Service</u>

Pursuant to the Court's procedures for the filing of amended complaints, on May 29, 2008, I sent a true and correct copy of the foregoing Amended Complaint to the Court's generic mailbox at dcd_cmecf@dcd.uscourts.gov. On May 30, 2008, I will cause true and correct copies of the foregoing Amended Complaint to be mailed via certified U.S. mail to:

Christian A. Natiello,
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for the Defendant

Centers for Medicare and Medicaid Services,
200 Independence Avenue, S.W.
Washington, D.C. 20201

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

## Certificate of Service

Pursuant to the Court's procedures for the filing of amended complaints, on May 29, 2008, I sent a true and correct copy of the foregoing Amended Complaint to the Court's generic mailbox at dcd_cmecf@dcd.uscourts.gov. On May 30, 2008, I will cause true and correct copies of the foregoing Amended Complaint to be mailed via certified U.S. mail to:

Christian A. Natiello,
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
Counsel for the Defendant

Centers for Medicare and Medicaid Services,
200 Independence Avenue, S.W.
Washington, D.C. 20201

United States Attorney General
U.S. Department of Justice
950 Pennsylvania Avenue, N.W.
Washington, D.C. 20530-0001

                                           /s/ Ashley E. Seuell
                                           Ashley E. Seuell