**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| Fulbright & Jaworski, L.L.P.,  )<br>                    )<br>            Plaintiff,         )<br>                    )<br>        v.              )   Civil Action No. 08-0643 (RMU)<br>                    )<br>Kerry N. Weems, Acting Administrator  )<br>of Centers for Medicare and Medicaid  )<br>Services,              )<br>                    )<br>            Defendant.        ) | |

### ANSWER TO AMENDED COMPLAINT

1. Paragraph 1 is a characterization of the case to which no response is required. To the extent that this Court deems that a response is required, Defendant denies the allegations contained in this paragraph.

2. With regard to the allegations contained in paragraph 2 of the Plaintiff's Amended Complaint, the allegations constitute jurisdictional statements, not factual allegations to which a response is required. To the extent that this Court deems that a response is required, Defendant denies the allegations contained in paragraph 2.

3. With regard to the allegations contained in paragraph 3 of the Plaintiff's Amended Complaint, the allegations constitute venue statements, not factual allegations to which a response is required. To the extent that this Court deems that a response is required, Defendant denies the allegations contained in paragraph 3.

4. With regard to the allegations contained in paragraph 4, Defendant lacks sufficient information or knowledge on which to form a belief as to the truth of the allegations and on that basis denies them.

5. Paragraph 5 is a legal conclusion to which no response is required; insofar as a

response may be required, Defendant denies the allegations set forth in the second sentence.

    6. Admit.

    7. Paragraph 7 contains a characterization of Plaintiff's June 12, 2007 letter and is not an allegation of fact to which an answer is required; to the extent an answer is deemed to be required, Defendant submits that the actual letter is the best evidence of its content.

    8. Admit first sentence of paragraph 8. The second and third sentences are legal conclusions to which no response is required; insofar as responses may be required, Defendant denies the allegations set forth in those sentences. Deny the last sentence because the Centers for Medicare & Medicaid Services and the Department of Health and Human Services sent a response to Plaintiff on June 19th, 2008.

    9. Paragraph 9 states legal conclusions to which no response is required; insofar as responses may be required, Defendant denies the allegations set forth in paragraph 9 of the Amended Complaint.

    10. Paragraph 10 states legal conclusions to which no response is required; insofar as responses may be required, Defendant denies the allegations set forth in paragraph 10 of the Amended Complaint.

    11. Paragraph 11 states legal conclusions to which no response is required; insofar as responses may be required, Defendant denies the allegations set forth in paragraph 11 of the Amended Complaint.

    12. Paragraph 12 states legal conclusions to which no response is required; insofar as responses may be required, Defendant denies the allegations set forth in paragraph 12 of the Amended Complaint.

    13. Paragraph 13 states legal conclusions to which no response is required; insofar as

responses may be required, Defendant denies the allegations set forth in paragraph 13 of the Amended Complaint.

14.  Paragraph 14 contains Plaintiff's request for relief, not an allegation of fact to which a response is required; insofar as responses may be required, Defendant denies paragraph 14 of the Amended Complaint.

FIRST AFFIRMATIVE DEFENSE

Defendant is not improperly withholding records under the Freedom of Information.  The Centers for Medicare & Medicaid Services and the Department of Health and Human Services have properly withheld exempt records pursuant to 5 U.S.C. § 552(b)(5).

Dated: June 23, 2008.

Respectfully submitted,

_____/s/_____
JEFFREY A. TAYLOR, D.C. BAR # 498610
United States Attorney


_____/s/_____
RUDOLPH CONTRERAS, D.C. BAR #434122
Assistant United States Attorney


_____/s/_____
CHRISTIAN A. NATIELLO, D.C. BAR #473960
Assistant United States Attorney
555 Fourth St., N.W.
Washington, D.C. 20530
(202) 307-0338